THE BOARD OF EDUCATION OF THE BOROUGH OF SEA-
SIDE HEIGHTS, PROSECUTOR, v. ISAIAH A. SHEP-
HERD AND STATE BOARD OF EDUCATION OF THE
STATE OF NEW JERSEY, RESPONDENTS.

Argued January 19, 1937—Decided April 27, 1937.

Before Justices PARKER, LLOYD and DONGES.

For the prosecutor, *Francis Tanner*.

For the respondents, *Ira F. Smith*.

PER CURIAM.

This case presents the claim of Isaiah A. Shepherd to the
office of school janitor. The board of education appeals from
an order of the state board of education directing Shepherd's
reinstatement.

The claim is that Shepherd was appointed for a definite
term; that he violated a rule of the board; that his salary
was reduced and he refused to accept office thereunder, and
finally that he was guilty of such neglect of duty as to justify
his dismissal for cause.

Under the proofs Shepherd was holding by an indefinite
term and protected by the Civil Service law.

As to the dismissal for cause. The charge was failure to
be on his job one afternoon during school hours in violation
of a new rule adopted by the board. Of this rule Shepherd
was not apprised.

We think the proofs did not justify dismissal and the judg-
ment will be affirmed, with costs.